SAMUEL D. SEWARDS, Respondent, *v.* ADOLPH KESSLER, Appellant.

(Argued February 15, 1877; decided April 27, 1877.)

*Samuel Hand*, for appellant.

*Delano C. Colvin*, for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.